FILED
CLERK

10:16 am, Dec 29, 2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SUNITA KANWAR, on behalf of herself and all other similarly situated,

          Plaintiff,

- against -

WALGREEN COMPANY,

          Defendant
------------------------------------------------------------X

**JUDGMENT**
CV 20-6256 (JMA)(AYS)

An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on December 21, 2021; adopting the November 22, 2021 Report and Recommendation of United States Magistrate Judge Anne Y. Shields as the opinion of the Court; granting Defendant's motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure in its entirety; and respectfully directing the Clerk of Court to enter judgment and close this case, it is

**ORDERED AND ADJUDGED** that Plaintiff Sunita Kanwar take nothing of Defendant Walgreen Company; that Defendant's motion to dismiss is granted in its entirety; and that this case is closed.

Dated: December 29, 2021
       Central Islip, New York

                                      DOUGLAS C. PALMER
                                      CLERK OF THE COURT
                       BY: /s/ MARY ELLEN KIRCHNER
                                      DEPUTY CLERK